IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RONNIE WILLIAMS/RONALD      )
VINCENT WILLIAMS,           )
                            )
    Plaintiff,              )
                            )         CIVIL ACTION NO.
    v.                      )          2:16cv110-MHT
                            )              (WO)
KEVIN GENOUS, et al.,       )
                            )
    Defendants.             )
```

ORDER

Upon consideration of the plaintiff's motion for a temporary restraining order (doc. no. 21), it is ORDERED that the motion is denied. The United States Magistrate Judge will address the claims raised in the motion for temporary restraining order when handling the motion for preliminary injunction (doc. no. 21).

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of March, 2016.

/s/ Myron H. Thompson\
UNITED STATES DISTRICT JUDGE