IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RONNIE WILLIAMS/RONALD      )
VINCENT WILLIAMS,           )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:16cv110-MHT
                            )            (WO)
BRIDGETT TYNER, et al.,     )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging his prison officials' misclassification of him based on false information and retaliation for his litigation activities. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendants Bridgett Tyner and Kevin Genous be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of May, 2016.

                                                  /s/ Myron H. Thompson  
                                       UNITED STATES DISTRICT JUDGE