IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RONNIE WILLIAMS/RONALD     )
VINCENT WILLIAMS,          )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )         2:16cv110-MHT
                           )             (WO)
BRIDGETT TYNER, et al.,    )
                           )
    Defendants.            )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 48) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 44) is adopted.

(3) Plaintiff's claims against defendants Bridgett Tyner and Kevin Genous are dismissed without prejudice to plaintiff's right to file a separate civil action against these individuals, and defendants Tyner and

Genous are terminated as parties to this action.

(4) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the magistrate judge for further proceedings.

DONE, this the 19th day of May, 2016.

                                          /s/ Myron H. Thompson\_\_\_\_
                                       UNITED STATES DISTRICT JUDGE