IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RONNIE WILLIAMS aka           )
Ronald Vincent Williams,      )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )         2:16cv110-MHT
                              )              (WO)
WALTER MYERS, et al.,         )
                              )
        Defendants.           )


RONALD VINCENT WILLIAMS        )
aka Ronnie Williams,           )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )         2:16cv198-MHT
                               )              (WO)
WALTER MYERS, et al.,          )
                               )
        Defendants.            )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed these two lawsuits claiming that the defendant prison officials denied him the right of

access to the courts, used false or incorrect information regarding his "real" identity to fund favorable prison programs, and retaliated against him for filing complaints.  These lawsuits are now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of March, 2019.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE