IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE WILLIAMS aka | ) | |
| Ronald Vincent Williams, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv110-MHT |
| | ) | (WO) |
| WALTER MYERS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| RONALD VINCENT WILLIAMS | ) | |
| aka Ronnie Williams, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv198-MHT |
| | ) | (WO) |
| WALTER MYERS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 134) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 133) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 78) is granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaints.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 20th day of March, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**